## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: ALTRA NEBRASKA, LLC | ) | Case No. BK |
| | ) | |
| Debtor. | ) | Chapter 11 |

### GLOBAL NOTES TO DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES

Altra Nebraska, LLC (the "Debtor") submits its Schedules of Assets and Liabilities (the "Schedules") pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

The Schedules prepared by the Debtor are unaudited and were prepared from a variety of different sources available to the Debtor and with such data to provide a cut-off as near as possible to the petition date. While Debtor's management has exercised its reasonable best efforts to ensure that the Schedules are accurate and complete based on the information that was available at the time of preparation, inadvertent errors or omissions may exist. Accordingly, the Debtor reserves the right to amend the Schedules from time to time as may be necessary or appropriate as information becomes available.

In addition to the foregoing, the Debtor makes the following notes:

Schedule B, Item #29

Debtor has attached Exhibit "A" to Schedule B in response to Schedule B, Item #29. Exhibit "A" reflects an inventory of property located at the site of the Debtor's ethanol plant. Debtor makes no representation as to whether such property is personal property or real property of the Debtor.

### * END OF GLOBAL NOTES *

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Nebraska

In re    **Altra Nebraska, LLC**

Case No. _____

_____,

Debtor

Chapter_____**11**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 860.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 84,963,590.16 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 1,373,993.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 860.00 | | |
| Total Liabilities | | | | 86,337,584.10 | |

B6A (Official Form 6A) (12/07)

In re   **Altra Nebraska, LLC**                                          Case No. _____
_____,
                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Lots 1, 2, and 3, Lautenschlager Addition, Carleton, Thayer County, NE** | **Owner** | - | **Unknown** | **Unknown** |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

___0___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Altra Nebraska, LLC**                                                          Case No. _____
                                                                ,
                                          Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account**<br>**First Republic Bank**<br>**1230 Avenue of the Americas, Second Floor**<br>**New York, NY 10020** | - | 860.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Zurich American Ins. Co.**<br>**Directors & Officers Liability Insurance**<br>**$5MM aggregate policy limit** | - | **Unknown** |
|  | | **Liberty Insurance Underwriters, Inc.**<br>**Directors & Officers Liability Insurance**<br>**$5MM aggregate policy limit** | - | **Unknown** |

Sub-Total >       **860.00**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Altra Nebraska, LLC**                                                          , Case No. _____

_____
Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **National Union Fire Ins. Co. of Pittsburgh PA Property Insurance $100MM policy limit** (Altra NE, LLC named as additional insured) | - | **Unknown** |
| | | **Arch Ins. Co. Umbrella Liability & Commercial General Lability Insurance** (Altra NE, LLC names as additional insured) | - | **Unknown** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Altra Nebraska, LLC**                                              Case No._____
                                                    ,
                                           Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **License - Delta - T Technology License Altra Nebraska real property** | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See Exhibit A** | - | Unknown |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Altra Nebraska, LLC**                                                                    Case No. _____

_____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 860.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy



**Gemma Power Systems, LLC**

2461 Main Street  •  Glastonbury  •  CT  •  06033  •  Tel. 860-659-0509  •  Fax. 860-659-0607

### ALTRA Ethanol Project
### Carleton, Nebraska

**SITE INVENTORY DESCRIPTION**

Prices below are based on project purchase orders and change orders.  There may be additional changes not noted here.
They do not represent the installed value.

**Material Purchases**
 Major Equipment
 Concrete
 Stone
 Misc Hardware
 Electrical
   Breakers, Bus, Hardware, Skids, Panels, Transformer
   Cable & Wire
   Conduit & Cable Tray
   Lighting
 Piping
   Gaskets
   Pipe
   Misc fittings, 45's, 90's, Caps, & Couplings
   Swage and Reducers
   Flanges, Stubends, Nipples, Tees, SOL, TOL, WOL
 Steel
   Ferm Tank Foundations
   Structural
   Ferm Building
   Centrifuge
   Dryer
   Process Building
   Switch Racks and Sleepers
   Exterior Pipe Racks
   Support area 20
   Vapor line supports and flare supports
   Storage & Cooling Tower column
   Platform & Ladders
   Area 52 sump pit
   MCC Area 40, and MCC in the MPB
   Stile Framing
   DD&E #1 & # 2 Steel (Stairs & Landings)
   Ethanol Storage Pipe Supports
   Misc. Electrical Suports (MES) 019 thru 025 and 001 thru 018
   Dryer/RTO Pipe Rack & Misc. Elect. Supports -
   Pipe Rack Framing and Misc. Pipe Supports MPS-70-001 thru MPS-70-033
   DD&E # 1 Area Pipe Supports MPS-40-001 thru MPS-40-082
   DD&E # 2 Area Pipe Supports MPS-40-1001 thru MPS-40-1082
   Structural Steel for Ethanol Storage Area
   Misc Steel
   New frame over grids PRS and PR7 @ PRJ w/ bracing beams & tees



EXHIBIT
A

Altra Inventory
Major Equipment

| | |
|---|---|
| Dryer | Barr-Rosin |
| Centrifuges | Alfa Laval |
| Boilers | Campbell-Sevey, Inc |
| Plate & Frame Heat Exchangers | Alfa Laval |
| Shell & Tube HXs / evap - heat trans | Atlas Industrial |
| Columns and Press Vessels | DCR |
| Tanks | DCR |
| Tanks | Columbian-TecTank |
| RTO | PEI |
| Agitators | Lightnin |
| Chiller | York |
| Column Internals | Koch-Glitsch |
| Desiccant & Ballast | Christy |
| Cooling Tower | SPX / Marley |
| Vacuum Eductors | Automatifc Controls |
| Filters | PBE |
| Flow Meters | |
| Mix Tank Plug Auger | |
| Centrifugal Pumps | Gould Pumps |
| Chemical F/S Pumps | Emory Wilson |
| Sieve Screens | Johnson Screens |
| CIP Separators | |
| Spray Nozzles | Butterworth |
| Control, On-Off, & Molsieve Valves | Protech |
| Manual Valves | Protech |
| PSV & Cons. Vents | |
| Wet Cake Drag Conveyor | Bratney (CO) |
| Air Comp System | Ingersoll-Rand |
| Loadout Skid | Determan Brownie |
| Flare | John Zink Co, LLC |
| Water Treatment Pkg | Crown |
| Emg Dis Gen w/ transfer | |
| Truck & Rail Scales | Bratney (CO) |
| Local Instruments | Protech |
| Grain Handling | Bratney |
| Process Control Hd/Softw | Protech / Siemens |
| Electrical Gear | Eaton |
| Buildings | Covenant / Darland |
| Fire Protection | F. E. Moran, Inc |

B6D (Official Form 6D) (12/07)

In re    **Altra Nebraska, LLC**                                                                                Case No. _____
                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 3/19/2008 | | | | | |
| **Advanced Consulting Engineering Services** 1037 F Road West Point, NE 68788 | | | - | | Construction Lien ALTRA Nebraska Real Property | | | | | |
| | | | | | Value $          **Unknown** | | | | **91,087.00** | **Unknown** |
| Account No. | | | | | 3/4/2008 | | | | | |
| **Aqua Plumbing & Heating** 1025 W. 10th Street Crete, NE 68333 | X | | - | | Construction Lien ALTRA Nebraska Real Property | | | | | |
| | | | | | Value $          **Unknown** | | | | **186,347.70** | **Unknown** |
| Account No. | | | | | 11/21/2007 | | | | | |
| **Beatrice Concrete Company, Inc.** PO Box 306 Beatrice, NE 68310 | X | | - | | Construction Lien ALTRA Nebraska Real Property | | | | | |
| | | | | | Value $          **Unknown** | | | | **592,430.65** | **Unknown** |
| Account No. | | | | | 3/18/2008 | | | | | |
| **Bratney Companies** 3400 109th Street Des Moines, IA 50322 | X | | - | | Construction Lien ALTRA Nebraska Real Property | | | | | |
| | | | | | Value $          **Unknown** | | | | **791,274.96** | **Unknown** |
| **4**   continuation sheets attached | | | | | | Subtotal (Total of this page) | | | **1,661,140.31** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Altra Nebraska, LLC**                                        Case No._____

_____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| **Account No.** | | | | | 4/7/2008 | | | | | |
| Darland Construction Company 4115 S. 133rd Street Omaha, NE 68137 | X | | - | | Construction Lien ALTRA Nebraska Real Property | | | | | |
| | | | | | Value $        Unknown | | | | 404,006.60 | Unknown |
| **Account No.** | | | | | 2/28/2008 & 4/8/2008 | | | | | |
| DCR Construction, Inc. 4101 Holden Road Lakeland, FL 33811 | X | | - | | Construction Liens ALTRA Nebraska Real Property | | | | | |
| | | | | | Value $        Unknown | | | | 3,636,380.23 | Unknown |
| **Account No.** | | | | | 3/11/2008 | | | | | |
| Delta-T Corporation 133 Waller Mill Road Williamsburg, VA 23185 | X | | - | | Construction Lien ALTRA Nebraska Real Property | | | | | |
| | | | | | Value $        Unknown | | | | 21,241,997.42 | Unknown |
| **Account No.** | | | | | 2/25/2008 | | | | | |
| F.E. Moran, Inc. Special Hazard Systems 2265 Carlson Drive Northbrook, IL 60062 | X | | - | | Construction Lien ALTRA Nebraska Real Property | | | | | |
| | | | | | Value $        Unknown | | | | 475,362.15 | Unknown |
| **Account No.** | | | | | 4/30/2007 | | | | | |
| Fourth Third LLC Attn: Brian Cavanaugh 375 Park Avenue, Suite 3304 New York, NY 10152 | | | | | Deed of Trust ALTRA Nebraska Real Property | | | | | |
| | | | | | Value $        Unknown | | | | 22,500,000.00 | Unknown |

Sheet __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     | 48,257,746.40 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Altra Nebraska, LLC**                                          Case No. _____
                                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| **Account No.**<br><br>Gemma Power Systems, LLC<br>2461 Main Street<br>Glastonbury, CT 06033 | | | - | 3/25/2008<br><br>Construction Lien<br><br>ALTRA Nebraska Real Property | | | | | |
| | | | | Value $          Unknown | | | | 23,802,498.00 | Unknown |
| **Account No.**<br><br>Harrington Properties, Inc.<br>1300 Michigan Street<br>Gary, IN 46402 | X | | - | 3/25/2008<br><br>Construction Lien<br><br>ALTRA Nebraska Real Property | | | | | |
| | | | | Value $          Unknown | | | | 498,201.34 | Unknown |
| **Account No.**<br><br>IDC Architects<br>2020 SW 4th Avenue, Third Floor<br>Portland, OR 97201 | X | | - | 2/28/2008<br><br>Construction Lien<br><br>ALTRA Nebrask Real Property | | | | | |
| | | | | Value $          Unknown | | | | 80,199.43 | Unknown |
| **Account No.**<br><br>Interstates Engineering, Inc.<br>538 12th Street<br>Sioux Center, IA 51250 | X | | - | 4/7/2008<br><br>Construction Lien<br><br>ALTRA Nebraska Real Property | | | | | |
| | | | | Value $          Unknown | | | | 12,479.12 | Unknown |
| **Account No.**<br><br>Ja.-Con Mat, Inc.<br>PO Box 1591<br>1993 N. Highway 69<br>Nederland, TX 77627 | X | | - | 2/26/2008<br><br>Construction Lien<br><br>ALTRA Nebraska Real Property | | | | | |
| | | | | Value $          Unknown | | | | 130,387.13 | Unknown |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 24,523,765.02 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re    **Altra Nebraska, LLC**                                      Case No. _____

_____
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. | | | | | | 3/26/08 | | | | | |
| Kayl Heating & Air Inc. 2820 E. Hwy 34 Grand Island, NE 68801 | X | - | | | | Construction Lien<br><br>ALTRA Nebraska Real Property | | | | | |
| | | | | | | Value $        Unknown | | | | 155,818.64 | Unknown |
| Account No. | | | | | | 2/4/2008 | | | | | |
| Koch-Glitsch, LP 4111 East 37th Street North Wichita, KS 67220 | X | - | | | | Construction Lien<br><br>ALTRA Nebraska Real Property | | | | | |
| | | | | | | Value $        Unknown | | | | 85,508.27 | Unknown |
| Account No. | | | | | | 3/24/2008 | | | | | |
| Protech Global, LLC 323 Alexander Lee Parkway Williamsburg, VA 23185 | X | - | | | | Construction Lien<br><br>ALTRA Nebraska Real Property | | | | | |
| | | | | | | Value $        Unknown | | | | 910,879.25 | Unknown |
| Account No. | | | | | | 1/28/2008 | | | | | |
| RailWorks Track Systems, Inc. 235 West 6th Street Fremont, NE 68025 | | - | | | | Construction Lien<br><br>ALTRA Nebrask Real Property | | | | | |
| | | | | | | Value $        Unknown | | | | 5,086,957.20 | Unknown |
| Account No. | | | | | | 12/3/2007 | | | | | |
| Starostka Group Unlimited, Inc. 429 Industrial Lane Grand Island, NE 68803 | | - | | | | Construction Lien<br><br>ALTRA Nebraska Real Property | | | | | |
| | | | | | | Value $        Unknown | | | | 2,100,121.25 | Unknown |

Sheet  **3**  of  **4**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   |   8,339,284.61   |   0.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **Altra Nebraska, LLC**                                                    Case No. _____

                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 4/11/2008 | | | | | |
| Stephens & Smith Construction Co., Inc. 1542 S. 1st Street Lincoln, NE 68502 | X | - | Construction Lien ALTRA Nebraska Real Property | | | | | |
| | | | Value $         Unknown | | | | 60,912.79 | Unknown |
| Account No. | | | 12/4/2007 | | | | | |
| Strobel Construction Unlimited, Inc. PO Box 187 Clarks, NE 68628 | X | - | Construction Lien ALTRA Nebraska Real Property | | | | | |
| | | | Value $         Unknown | | | | 1,743,425.00 | Unknown |
| Account No. | | | 2007 & 2008 Real Estate Taxes | | | | | |
| Thayer County Treasurer 225 N. 4th #204 Hebron, NE 68370 | | - | ALTRA Nebraska Real Property | | | | | |
| | | | Value $         Unknown | | | | 377,316.03 | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 2,181,653.82 | 0.00 |
| Total (Report on Summary of Schedules) | 84,963,590.16 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re   **Altra Nebraska, LLC**                                                                    Case No. _____
                                                                          ,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Altra Nebraska, LLC**                                                  Case No. _____
                                              _____,
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Air Resource Specialists, Inc. 1901 Sharp Point Drive Suite E Fort Collins, CO 80525 | - | | | | | | 10,078.10 |
| Account No. | | | Natural Gas Transmission | | | | |
| Black Hills Energy PO Box 4660 Carol Stream, IL 60197-4649 | - | | | | | | 175,945.38 |
| Account No. | | | | | | | |
| Gemma Power Systems 2461 Main Street Glastonbury, CT 06033 | - | | | | | | 89,801.22 |
| Account No. | | | Professional Services | | | | |
| Gibson Dunn & Crutcher LLC 333 Southy Grand Avenue Los Angeles, CA 90071 | - | | | | | X | 853,415.93 |
| **2**   continuation sheets attached | | | | | Subtotal (Total of this page) | | 1,129,240.63 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:27118-090310   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Altra Nebraska, LLC**                                             Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | Professional Services | | | | |
| Koley Jessen P.C. One Pacific Place, Suite 800 1125 South 103rd Street Omaha, NE 68124-1079 | | - | | | | | | | 111,485.78 |
| **Account No.** | | | | | Professional Services | | | | |
| Pryor Cashman LLP 410 Park Avenue New York, NY 10022 | | - | | | | | | | 45,803.78 |
| **Account No.** | | | | | | | | | |
| Puritan Manufacturing, Inc. 1302 Grace Street Omaha, NE 68110-2591 | X | - | | | | | | X | 14,595.88 |
| **Account No.** | | | | | | | | | |
| Stetson Building Products, Inc. 510 SW 9th Street Des Moines, IA 50309 | X | - | | | | | | X | 61,487.62 |
| **Account No.** | | | | | Professional Services | | | | |
| Stoel Rives, LLP 900 SW Fifth Avenue Suite 2600 Portland, OR 97204 | | - | | | | | | | 195.00 |

| Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 233,568.06 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Altra Nebraska, LLC**                                                                    Case No. _____
                                                                    ,
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| **Account No.** | | | | | | | | |
| Terracon Consultants, Inc.<br>3189 - F Airway Avenue<br>Costa Mesa, CA 92626 | - | | | | | | X | 11,185.25 |
| **Account No.** | | | | | | | | |
| | | | | | | | | |
| **Account No.** | | | | | | | | |
| | | | | | | | | |
| **Account No.** | | | | | | | | |
| | | | | | | | | |
| **Account No.** | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 11,185.25 |
| | Total<br>(Report on Summary of Schedules) | 1,373,993.94 |

B6G (Official Form 6G) (12/07)

In re   **Altra Nebraska, LLC**                                                      Case No. _____
_____
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Aclaria Partners Inc.<br>1517 North Point, Ste. 313<br>San Francisco, CA 94123 | Consulting Agreement (purchaser) |
| Advanced Consulting Engineering Services<br>1037 F Road<br>West Point, NE 68788 | Engineering Agreement (purchaser) |
| Advanced Consulting Engineering Services<br>1037 F Road<br>West Point, NE 68788 | Indemnity Agreement (indemnitee) |
| Altra Biofuels Marketing, LLC<br>11911 San Vincente Blvd<br>Suite 325<br>Los Angeles, CA 90049 | Ethanol Marketing Agreement (producer) |
| Altra, Inc.<br>11911 San Vincente Blvd<br>Suite 325<br>Los Angeles, CA 90049 | Management Services Agreement (purchaser) |
| Black Hills Energy<br>PO Box 4660<br>Carol Stream, IL 60197-4649 | Natural Gas Pipeline Construction Agreement (purchaser) |
| Black Hills Energy<br>PO Box 4660<br>Carol Stream, IL 60197-4649 | Transportation Service Agreement (purchaser) |
| Cargill, Inc.<br>Cargill AgHorizons United States<br>15407 McGinty Road West<br>Wayzata, MN 55391 | Corn Supply Agreement (producer) |
| Cargill, Inc.<br>Cargill AgHorizons United States<br>15407 McGinty Road West<br>Wayzata, MN 55391 | Railroad Track Agreement |
| ConAgra Trade Group, Inc.<br>Eleven ConAgra Drive<br>Omaha, NE 68102 | Distillers Grains Marketing Agreement (producer) |
| Delta-T Corporation<br>133 Waller Mill Road<br>Williamsburg, VA 23185 | Technology License Agreement (licensee) |

**2**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Altra Nebraska, LLC**                                                                              Case No._____
                                                                    ,
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Gilmore & Associates, Inc.<br>2670 33rd Avenue<br>PO Box 565<br>Columbus, NE 68602 | Professional Services Agreement (purchaser) |
| Jerry Lahners<br>RR1<br>Carleton, NE 68326 | Real Property Lease (lessor) |
| John Zwingman<br>3555 30th Avenue<br>Columbus, NE 68601 | Indemnity Agreement (Indemnitee) |
| Layne-Western, a division of<br>Layne Christensen Co.<br>4601 N. 252 Street<br>Valley, NE 68064 | Water Supply Well Construction Agreement (purchaser) |
| MAAS Companies, Inc.<br>PO BOx 7127<br>Rochester, MN 55903 | Auction Contract (purchaser) |
| Moore-McNeil, LLC<br>4619 Mountainview Drive<br>Suite 1000<br>Nashville, TN 37215 | Insurance Consulting Agreement (purchaser) |
| Norris Public Power District<br>606 Irving St<br>Beatrice, NE 68310 | Purchase Power Agreement (purchaser) |
| RailWorks Track Systems, Inc.<br>235 West 6th Street<br>Fremont, NE 68025 | Railworks Construction Agreement (purchaser) |
| Starostka Group Unlimited, Inc.<br>429 Industrial Lane<br>Grand Island, NE 68803 | Rail Loop Construction Agreement (purchaser) |
| Trailblazer Pipeline Co.<br>Kearney Office<br>610 Central Avenue<br>Kearney, NE 68847 | Gas Facility Interconnection Agreement (purchaser) |
| Union Pacific Railroad Company<br>1400 Douglas Street<br>Omaha, NE 68179 | Industry Track Agreement (purchaser) |
| Village of Carleton, NE<br>Attn: Todd Braun<br>115 Seventh St.<br>Carleton, NE 68326 | Redevelopment Contract |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Altra Nebraska, LLC**                                    Case No. _____
                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Village of Carleton, NE**<br>**Attn: Todd Braun**<br>**115 Seventh St.**<br>**Carleton, NE 68326** | **Water Services Agreement** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Altra Nebraska, LLC**                                                                    Case No. _____
                                                        ,
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Concrete Design, LLC<br>1004 Timberlane<br>Huxley, IA 50124 | Stetson Building Products, Inc.<br>510 SW 9th Street<br>Des Moines, IA 50309 |
| DCR Construction, Inc.<br>4101 Holden Road<br>Lakeland, FL 33811 | Harrington Properties, Inc.<br>1300 Michigan Street<br>Gary, IN 46402 |
| DCR Construction, Inc.<br>4101 Holden Road<br>Lakeland, FL 33811 | Ja.-Con Mat, Inc.<br>PO Box 1591<br>1993 N. Highway 69<br>Nederland, TX 77627 |
| DCR Construction, Inc.<br>4101 Holden Road<br>Lakeland, FL 33811 | Puritan Manufacturing, Inc.<br>1302 Grace Street<br>Omaha, NE 68110-2591 |
| Delta-T Corporation<br>133 Waller Mill Road<br>Williamsburg, VA 23185 | Aqua Plumbing & Heating<br>1025 W. 10th Street<br>Crete, NE 68333 |
| Delta-T Corporation<br>133 Waller Mill Road<br>Williamsburg, VA 23185 | Bratney Companies<br>3400 109th Street<br>Des Moines, IA 50322 |
| Delta-T Corporation<br>133 Waller Mill Road<br>Williamsburg, VA 23185 | Darland Construction Company<br>4115 S. 133rd Street<br>Omaha, NE 68137 |
| Delta-T Corporation<br>133 Waller Mill Road<br>Williamsburg, VA 23185 | DCR Construction, Inc.<br>4101 Holden Road<br>Lakeland, FL 33811 |
| Delta-T Corporation<br>133 Waller Mill Road<br>Williamsburg, VA 23185 | F.E. Moran, Inc. Special Hazard Systems<br>2265 Carlson Drive<br>Northbrook, IL 60062 |
| Delta-T Corporation<br>133 Waller Mill Road<br>Williamsburg, VA 23185 | IDC Architects<br>2020 SW 4th Avenue, Third Floor<br>Portland, OR 97201 |
| Delta-T Corporation<br>133 Waller Mill Road<br>Williamsburg, VA 23185 | Interstates Engineering, Inc.<br>538 12th Street<br>Sioux Center, IA 51250 |

__1__   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

In re    **Altra Nebraska, LLC** _____ ,    Case No. _____
                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Delta-T Corporation<br>133 Waller Mill Road<br>Williamsburg, VA 23185 | Kayl Heating & Air Inc.<br>2820 E. Hwy 34<br>Grand Island, NE 68801 |
| Delta-T Corporation<br>133 Waller Mill Road<br>Williamsburg, VA 23185 | Koch-Glitsch, LP<br>4111 East 37th Street North<br>Wichita, KS 67220 |
| Delta-T Corporation<br>133 Waller Mill Road<br>Williamsburg, VA 23185 | Protech Global, LLC<br>323 Alexander Lee Parkway<br>Williamsburg, VA 23185 |
| Gemma Power Systems, LLC<br>2461 Main Street<br>Glastonbury, CT 06033 | Stephens & Smith Construction Co., Inc.<br>1542 S. 1st Street<br>Lincoln, NE 68502 |
| Gemma Power Systems, LLC<br>2461 Main Street<br>Glastonbury, CT 06033 | Delta-T Corporation<br>133 Waller Mill Road<br>Williamsburg, VA 23185 |
| Starostka Group Unlimited, Inc.<br>429 Industrial Lane<br>Grand Island, NE 68803 | Strobel Construction Unlimited, Inc.<br>PO Box 187<br>Clarks, NE 68628 |
| Strobel Construction<br>PO Box 187<br>106 S. Green Street<br>Clarks, NE 68628 | Beatrice Concrete Company, Inc.<br>PO Box 306<br>Beatrice, NE 68310 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nebraska

In re   __Altra Nebraska, LLC__ _____     Case No. _____

_____     Chapter   __11__ _____
Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Sole Manager of Carleton Management, LLC of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __0__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   __August 12, 2009__ _____     Signature   __/s/ David Traversi__ _____

David Traversi
Sole Manager of Carleton Management, LLC

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.