IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In re: | ) | Case No. 09-42348 |
| | ) | |
| ALTRA NEBRASKA, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**MOTION FOR ORDER GRANTING SHORTENED NOTICE AND EXPEDITED HEARING REGARDING MOTION UNDER SECTIONS 105(a), 363 AND 365 OF THE BANKRUPTCY CODE TO APPROVE THE ADVERTISEMENT, MARKETING AND SALE OF ALL THE DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS; AND SETTING A DATE FOR A SALE HEARING**

COMES NOW Altra Nebraska, LLC, debtor and debtor-in-possession (the "Debtor"), and pursuant to Local Rule 9006-1, respectfully moves this Court to shorten the notice period to ten (10) calendar days and to set an expedited hearing date regarding the Debtor's Motion Under Sections 105(a), 363 and 365 of the Bankruptcy Code to Approve the Advertisement, Marketing and Sale of all the Debtor's Assets Free and Clear of all Liens, Claims and Interests; and Setting a Date for a Sale Hearing (the "Sale Motion"). In support of this motion, the Debtor shows the Court as follows:

1. On August 13, 2009 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor continues to operate its business and manage its property as debtor-in-possession in accordance with Sections 1107 and 1108 of the Bankruptcy Code.

2. No trustee or examiner has been appointed.

3. The Debtor is filing contemporaneously with this motion the Sale Motion, in which the Debtor requests that the Court approve the advertisement, marketing, and sale by

auction or other sale of all the Debtor's assets free and clear of all liens, claims and encumbrances pursuant to 11 U.S.C. § 363.

4. As set forth in the Sale Motion a prompt sale prior to onset of winter, and preferably in October is necessary to preserve the value of the Debtor's assets. The Debtor therefore wishes to shorten the notice period and have an expedited hearing on the Sale Motion in order to maximize the value of its assets at sale.

5. The Debtor therefore requests that the Court set a shortened notice period of ten (10) calendar days and an expedited hearing, to assist the Debtor in preserving the value of its assets pending sale.

WHEREFORE the Debtor requests that this Court grant a shortened notice period of ten (10) calendar days, set an expedited hearing date, and grant such other and further relief as this Court may deem just and proper.

DATED this 13th day of August, 2009.

> Respectfully submitted,
>
> **ALTRA NEBRASKA, LLC,**
> Debtor
>
> By: /s/ *Robert J. Bothe*_____
>     Robert J. Bothe, #15018
>     James J. Niemeier, #18838
>     Robert P. Diederich, #23393
>     McGrath North Mullin & Kratz, PC LLO
>     Suite 3700, First National Tower
>     1601 Dodge Street
>     Omaha, Nebraska 68102-1627
>     Telephone: 402-341-3070
>     Facsimile: (402) 341-0216
>
> **ATTORNEYS FOR DEBTOR**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2009, I caused filing of the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, and further certify that on the same date I mailed by United States mail, first-class postage prepaid, this document to each of the individuals listed below:

United States Trustee's Office
111 South 18th Plaza
Suite 1148
Omaha, NE 68102

Starostka Group Unlimited, Inc.
Joel Heusinger
Brian Koerwitz
Woods & Aitken LLP
301 South 13th Street, Suite 500
Lincoln, NE 68508

Strobel Group Unlimited, Inc.
Joel Heusinger
Brian Koerwitz
Woods & Aitken LLP
301 South 13th Street, Suite 500
Lincoln, NE 68508

Beatrice Concrete Company, Inc.
Joel Heusinger
Brian Koerwitz
Woods & Aitken LLP
301 South 13th Street, Suite 500
Lincoln, NE 68508

Advanced Consulting Engineering
Services, Inc.
Leanne Ritter
1037 F. Road
West Point, NE 68788

Aqua Plumbing & Heating
Daniel L. Werner
Daniel L. Werner, P.C., L.L.O.
429 Lincoln Avenue
PO Box 28
Hebron, NE 68370

Bratney Companies
Michael K. Huffer
James D. Garriott
Cassem, Tierney, Adams, Gotch &
Douglas
8805 Indian Hills Drive, Suite 300
Omaha, NE 68114

Darland Construction Company
Joel Heusinger
Brian Koerwitz
Woods & Aitken LLP
301 South 13th Street, Suite 500
Lincoln, NE 68508

DCR Construction, Inc.
William G. Garbina
Lieben, Whitted, Houghton, Slowiaczek &
Cavanagh, P.C., L.L.O.
100 Scoular Building
2027 Dodge Street
Omaha, NE 68102

Delta-T Corporation
Kevin Schneider
Austin McKillip
Cline, Williams, Wright, Johnson &
Oldfather, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508

| | |
|---|---|
| F.E. Moran, Inc.<br>Special Hazard Systems<br>James B. Cavanagh<br>Brittney Fullner<br>Lieben, Whitted, Houghton, Slowiaczek &<br>Cavanagh, P.C., L.L.O.<br>100 Scoular Building<br>2027 Dodge Street<br>Omaha, NE 68102 | Gemma Power Systems, LLC<br>Tim Engler<br>Harding & Shultz, P.C., L.L.O.<br>800 Lincoln Square<br>121 South 13th Street<br>Lincoln, NE 68508 |
| Gemma Power Systems, LLC<br>George B. Foster<br>Andrew L. Swope<br>K & L Gates<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222-2312 | Harrington Properties, Inc.<br>1300 Michigan Street<br>Gary, IN 46402 |
| IDC Architects<br>David G. Hartmann<br>Yost, Schafersman, Lamme, Hillis,<br>Mitchell, Schulz & Hartmann, P.C.<br>81 West 5th Street<br>Fremont, NE 68025 | Interstates Engineering, Inc.<br>Michael P. Schmiedt<br>Crary, Huff, Inkster, Sheehan, Ringgenberg,<br>Hartnett & Storm, P.C.<br>1419 Dakota Avenue<br>South Sioux City, NE 68776 |
| J.A.-Con Mat, Inc.<br>William Sutter<br>Svehla, Thomas, Rauert & Grafton, P.C.<br>408 North Platte Avenue, Suite A<br>York, NE 68467 | Kayle Heating & Air, Inc.<br>James Gotschall<br>Strope & Gotschall, P.C.<br>PO Box 858<br>O'Neill, NE 68763 |
| Koch-Glitsch, LP<br>Michael Degan<br>Lindsay K. Edwards<br>Husch Blackwell Sanders, LLP<br>1620 Dodge Street, Suite 2100<br>Omaha, NE 68102 | Protech Global, LLC<br>Kevin Schneider<br>Austin McKillip<br>Cline, Williams, Wright, Johnson &<br>Oldfather, L.L.P.<br>1900 U.S. Bank Building<br>233 South 13th Street<br>Lincoln, NE 68508 |

Railworks Track Systems, Inc.
Jeffrey T. Wegner
Danielle J. Amorena
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102

Stephens & Smith Construction Co., Inc.
1542 South 1st Street
Lincoln, NE 68502

Fourth Third, LLC
Randy Wright
Jacqueline A. Pueppke
Baird Holm LLP
1500 Woodmen Tower
1700 Farnam St
Omaha, NE 68102-2068

United States Trustee's Office
111 South 18th Plaza
Suite 1148
Omaha, NE 68102

Terracon Consultants, Inc.
18001 W. 106th Street, Suite 300
Olathe, KS 66061

Nebraska Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 94818
Lincoln, NE 68509-4818

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Starostka Group Unlimited, Inc.
Joel Heusinger
Brian Koerwitz
Woods & Aitken LLP
301 South 13th Street, Suite 500
Lincoln, NE 68508

       /s/ *Robert J. Bothe*_____
       Robert J. Bothe