*First American Title Insurance Company*
*National Commercial Services*
13924 Gold Circle • Omaha, NE 68144

*Seller's Settlement Statement*

| | |
|---|---|
| Property: ., Carleton, NE<br>Lot: 1,2,3 | File No: NCS-416220-OMHA<br>Officer: Debra Saxton/ds<br>New Loan No:<br>Settlement Date: 11/04/2009<br>Disbursement Date: 11/04/2009<br>Print Date: 11/4/2009, 8:27 AM |
| Buyer: Cargill Carleton, LLC<br>Address:<br>Seller: ALTRA Nebraska, LLC<br>Address: PO Box 967, Healdsburg, CA 95448 | |

| Charge Description | Seller Charge | Seller Credit |
|---|---|---|
| **Consideration:** | | |
| Total Consideration | | 750,000.00 |
| **Prorations:** | | |
| County Tax 01/01/09 to 11/04/09 @ $171673.14/yr | 144,393.57 | |
| Cash (X To) ( From) Seller | 605,606.43 | |
| **Totals** | 750,000.00 | 750,000.00 |

SELLER(S):

ALTRA Nebraska, LLC, a Delaware limited
liability company

By: Carleton Management, L.L.C.,
Manager

_____
By: David M. Traversi, Manager

EXHIBIT B

Page 1 of 1