IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| IN RE: | ) | Case No. 09-42348 |
|---|---|---|
| ALTRA NEBRASKA, LLC, | ) | Chapter 11 |
| Debtor. | ) | |

**<u>DEBTOR'S MOTION FOR DISTRIBUTION OF SALE PROCEEDS</u>**

Altra Nebraska, LLC, a Delaware limited liability company, the debtor and debtor in possession in the above case (the "Debtor"), hereby moves this Court for an order authorizing it to distribute the proceeds of the sale of its assets conducted on October 28, 2009, and in support therefore hereby states as follows:

1. Debtor filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on August 13, 2009 (the "Petition Date"), and has remained in possession of its assets and has continued to operate it business pursuant to 11 U.S.C. §§ 1107 and 1108.

2. There has been no trustee or examiner appointed in the case.

3. On September 9, 2009, this Court entered its order granting Debtor's motion under Sections 105(a) and 363 of the Bankruptcy Code to approve the advertisement, marketing and sale of all of the Debtor's assets free and clear of all liens, claims and interests; granting the application to employ and obtain Maas Companies, Inc., as sales agent and auctioneer for debtor and debtor in possession ("Sale Order").

4. On October 28, 2009, the Debtor conducted the sale of all of its assets pursuant to an auction held by Maas Companies, Inc. ("Maas") as approved by the Sale Order. Maas and/or the Debtor deposited with the Court the sale proceeds plus the buyer's premiums due to Maas as its commission for conducting the sale.

5. On January 28, 2009, the Debtor filed a report (the "Report") of that auction with this Court (Filing No. 161). As noted in the Report, the Debtor initially received sale proceeds and the buyer's premiums totaling $7,107,682.89 which are being held in the segregated sales proceeds account located at First National Bank of Omaha, account no. 110290425 (the "Distributable Sale Proceeds").

6. Various secured parties have asserted competing claims to the Distributable Sale Proceeds and their respective claims were as of the Petition Date the subject of that certain litigation that was originally pending in the Thayer County Nebraska District Court located at Case No. CI 08-104, captioned Starostka Group Unlimited, Inc., et al. v. Advanced Consulting Engineering Services, Inc., et al. (the "State Court Litigation").

7. On October 16, 2009, the Debtor removed the State Court Litigation to this Court. On January 14, 2010, this Court entered its order remanding the State Court Litigation to the Thayer County Nebraska District Court, and the transfer of the case to the Thayer County Nebraska District Court has occurred.

8. The Thayer County Treasurer held a perfected first priority claim for real estate taxes against the property of $388,784.70 with interest from and after August 14, 2009 at the rate of $78.77 per day and January 11, 2010 filed a motion for distribution of a sufficient amount of the Distributable Sale Proceeds to pay this claim in full (Doc. No. 156). On February 5, 2010, the Court entered an order granting the motion. The order became final on February 15, 2010 and the Debtor has paid the claim as ordered by the Court from the Distributable Sale Proceeds.

9. On February 4, 2010, Debtor wired Maas the buyer's premiums in the amount of $611,442.31, which was due to Maas as its sales commission under the contract approved by the Sale Order from the Distributable Sale Proceeds.

10. Similarly, on September 11, 2009 this Court entered the final order authorizing the Debtor to obtain postpetition secured financing (the "DIP Loan"). Pursuant to the terms of that order, the Fourth Third, LLC was granted a first priority priming lien on the assets of the Debtor and the Distributable Sale Proceeds sufficient to cover the advances made pursuant to the terms of the DIP Loan together with its reasonable attorneys fees and costs.

11. In addition to Fourth Third LLC's right to payment pursuant to the terms of the DIP Loan, the Debtor's counsel McGrath North Mullin & Kratz, PC LLO (McGrath North) received a carve out and was entitled to payment of the fees due it for its work in connection with the administration of the case as approved by the Court. As of the date of this motion, McGrath North has received approval but not payment of the attorneys fees and expenses approved in its second interim, third interim, fourth interim and fifth interim and final fee application including holdback through the fifth interim and final fee application of $60,556.72 incurred to represent the Debtor through December 28, 2009. As of the date of this Motion the above amount of approved attorneys fees and expenses remain unpaid and due and owing from the Debtor. In addition, Debtor has incurred fees since December 28, 2009, and will continue to incur additional attorneys fees and expenses after this Motion to conclude the case.

12. By this motion the Debtor requests approval to distribute the remaining Distributable Sale Proceeds as follows:

(a) Payment to Fourth Third, LLC of the following amounts advanced pursuant to the terms of the DIP Loan, together with Fourth Third, LLC's reasonable attorneys fees and costs as allowed pursuant to the terms of the DIP Loan as itemized below:

3

| | |
|---|---:|
| Principal amount due Fourth Third, LLC | $425,133.71 |
| Interest due Fourth Third, LLC through and including February 28, 2010 | $10,942.68 |
| Attorneys fees due Fourth Third, LLC | $16,650.33 |
| Total Principal Due Fourth Third LLC on DIP Loan as of February 28, 2010 | $452,726.72 |
| Per Diem Interest due Fourth Third LLC from and after March 1, 2010 | $85.62 |

(b) Payment of the professional fees and expenses due to McGrath North Mullin & Kratz, PC LLO approved through December 28, 2009 (covering the second interim, third interim, fourth interim and interim and final application) in the amount of $60,556.72, all of which have been approved on an interim and final basis pursuant to the orders granting its prior interim and final applications for compensation filed prior to this Motion.  In addition, the Debtor requests that $10,000.00 be retained in the segregated account pending completion of this case to cover the fees and expenses of Debtor's counsel incurred by Debtor since December 28, 2009, which are necessary to obtain approval to distribute the proceeds as provided herein and conclude the case, provided payment thereof shall be subject to this Court's approval upon submission of an appropriate motion for interim and/or final approval of the same.

(c) The Debtor requests that the balance of the Distributable Sale Proceeds be distributed to the Thayer County Nebraska District Court Clerk, to be distributed pursuant to further order by that court.

13. Following the distributions requested herein the Debtor, through counsel, intends to finalize any necessary final report, and move for dismissal and closure of this case.

WHEREFORE, Altra Nebraska, LLC, debtor and debtor in possession prays that this Court approve the distributions requested herein and grant such other and further relief as it should deem just and equitable.

**DATED**: March 18, 2010.

Respectfully submitted,

**ALTRA NEBRASKA, L.L.C.**, Debtor

By: /s/ *James J. Niemeier*
Robert J. Bothe, #15018
James J. Niemeier, #18838
Robert P. Diederich, #23393
McGrath North Mullin & Kratz, PC LLO
Suite 3700, First National Tower
1601 Dodge Street
Omaha, NE 68102
Telephone: (402) 341-3070
Facsimile:(402) 341-0216

ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of March, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification to all parties registered to receive such filings. I also hereby certify that copies of the foregoing were served via United States mail, first-class postage prepaid, to the following consisting of all remaining parties in the creditors matrix:

Aqua Plumbing & Heating
1025 W. 10th Street
Crete, NE 68333

Advanced Consulting Engineering Services
1037 F Road
West Point, NE 68788

Interstates Engineering, Inc.
538 12th Street
Sioux Center, IA 51250

IDC Architects
2020 SW 4th Avenue, Third Floor
Portland, OR 97201

Koch-Glitsch, LP
4111 East 37th Street North
Wichita, KS 67220

Harrington Properties, Inc.
1300 Michigan Street
Gary, IN 46402

Stephens & Smith Construction Co., Inc.
1542 South 1st Street
Lincoln, NE 68502

Thayer County Treasurer
Lance J. Johnson, Esq.
Germer, Murray and Johnson
P.O. Box 210
Bruning, NE 68322

Air Resource Specialists, Inc.
1901 Sharp Point Drive
Suite E
Fort Collins, CO 80525

Altra, Inc.
5757 W. Century Blvd
Suite 700
Los Angeles, CA 90045

Austin McKillip
Kevin Schneider
Cline, Williams Law Firm
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508

Black Hills Energy
PO Box 4660
Carol Stream, IL 60197-4649

Brian Koerwitz
Woods & Aitken LLP
301 South 13th Street, Suite 500
Lincoln, NE 68508

Cargill, Inc.
Cargill AgHorizons United States
15407 McGinty Road West
Wayzata, MN 55391

DCR Construction, Inc.
4101 Holden Road
Lakeland, FL 33811

Aclaria Partners Inc.
1517 North Point, Ste. 313
San Francisco, CA 94123

Altra Biofuels Marketing, LLC
11911 San Vincente Blvd
Suite 325
Los Angeles, CA 90049

Beatrice Concrete Company, Inc.
PO Box 306
Beatrice, NE 68310

Bratney Companies
3400 109th Street
Des Moines, IA 50322

Brittney Fullner
100 Scoular Building
2027 Dodge Street
Omaha, NE 68102

ConAgra Trade Group, Inc.
Eleven ConAgra Drive
Omaha, NE 68102

Daniel L. Werner
Thayer County Attorney
PO Box 28
Hebron, NE 68370

Concrete Design, LLC
1004 Timberlane
Huxley, IA 50124

Joel D. Heusinger
Brian S. Koerwitz
Woods, Aitken Law Firm
301 South 13th Street
Suite 500
Lincoln, NE 68508-2578

David G. Hartmann
Yost, Schafersman Law Firm
81 West 5th Street
Fremont, NE 68025

Delta-T Corporation
133 Waller Mill Road
Williamsburg, VA 23185

Darland Construction Company
4115 S. 133rd Street
Omaha, NE 68137

William Sutter
Svehla, Thomas, Rauert & Grafton, P.C.
408 North Platte Avenue, Suite A
York, NE 68467

F.E. Moran, Inc. Special Hazard Systems
2265 Carlson Drive
Northbrook, IL 60062

Justin L. Wiesberg
Arnstein, Lehr Law Firm
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606-3910

Gemma Power Systems, LLC
2461 Main Street
Glastonbury, CT 06033

Gilmore & Associates, Inc.
2670 33rd Avenue
PO Box 565
Columbus, NE 68602

Gibson Dunn & Crutcher LLC
333 South Grand Avenue
Los Angeles, CA 90071

Ja.-Con Mat, Inc.
PO Box 1591
1993 N. Highway 69
Nederland, TX 77627

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

James D. Garriott
Cassem, Tierney, Adams, Gotch & Douglas
8805 Indian Hills Drive, Suite 300
Omaha, NE 68114

Jerry Lahners
RR1
Carleton, NE 68326

Layne-Western, a division of
Layne Christensen Co.
4601 N. 252 Street
Valley, NE 68064

Kayl Heating & Air Inc.
2820 E. Hwy 34
Grand Island, NE 68801

Koley Jessen P.C.
One Pacific Place, Suite 800
1125 South 103rd Street
Omaha, NE 68124-1079

Lindsay K. Edwards
Michael S. Degan
Husch Blackwell Sanders, LLP
1620 Dodge Street, Suite 2100
Omaha, NE 68102

Michael Degan
Husch Blackwell Sanders, LLP
1620 Dodge Street, Suite 2100
Omaha, NE 68102

Nebraska Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 94818
Lincoln, NE 68509-4818

Protech Global, LLC
323 Alexander Lee Parkway
Williamsburg, VA 23185

Puritan Manufacturing, Inc.
1302 Grace Street
Omaha, NE 68110-2591

Starostka Group Unlimited, Inc.
429 Industrial Lane
Grand Island, NE 68803

MAAS Companies, Inc.
PO BOx 7127
Rochester, MN 55903

Moore-McNeil, LLC
4619 Mountainview Drive
Suite 1000
Nashville, TN 37215

Norris Public Power District
606 Irving St
Beatrice, NE 68310

Pryor Cashman LLP
410 Park Avenue
New York, NY 10022

RailWorks Track Systems, Inc.
1145 Schneider Street
Fremont, NE 68025-6127

Stetson Building Products, Inc.
510 SW 9th Street
Des Moines, IA 50309

Strobel Construction Unlimited, Inc.
PO Box 187
Clarks, NE 68628

Thayer County Attorney
429 Lincoln Avenue
Hebron, NE 68370

| | |
|---|---|
| Stoel Rives, LLP<br>900 SW Fifth Avenue<br>Suite 2600<br>Portland, OR 97204 | Trailblazer Pipeline Co.<br>Kearney Office<br>610 Central Avenue<br>Kearney, NE 68847 |
| Terracon Consultants, Inc.<br>16662 Millikan Avenue<br>Irvine, CA 92606 | Village of Carleton, NE<br>Todd Braun<br>115 Seventh St.<br>Carleton, NE 68326 |
| Tim Engler<br>Harding, Schultz Law Firm<br>P.O. Box 82028<br>Lincoln, NE 68501-2028 | Union Pacific Railroad Company<br>1400 Douglas Street<br>Omaha, NE 68179 |
| Fourth Third LLC<br>Attn: Brian Cavanaugh<br>375 Park Avenue, Suite 3304<br>New York, NY 10152 | John Zwingman<br>3555 30th Avenue<br>Columbus, NE 68601 |

/s/ *James J. Niemeier*
    James J. Niemeier