IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-42348 |
| | ) | |
| ALTRA NEBRASKA, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

## ORDER GRANTING DEBTOR'S MOTION FOR DISTRIBUTION OF SALE PROCEEDS

This matters comes before the Court on Debtor's Motion for Distribution of Sale Proceeds (Doc. No. 167) (the "Motion").

THE COURT, BEING ADVISED IN THE PREMISES, FINDS AS FOLLOWS:

A. Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on August 13, 2009, (the "Petition Date"), and has remained in possession of its assets and has continued to operate its business pursuant to 11 U.S.C. §§ 1107 and 1108.

B. There has been no trustee or examiner appointed in this case.

C. The Motion was duly and properly notice. The objection deadline for the Motion was April 7, 2010. The Debtor received one informal comment by the U.S. Trustee's office which pointed out the Motion had inadvertently omitted a provision for payment of the required U.S. Trustee fees. The Debtor agrees such fees should be paid from the sale proceeds. No other comments and no timely objections to the Motion were filed.

D. Good cause exists to grant the relief requested in the Motion.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

1. The Motion is granted as follows:

(a) The Debtor is authorized and directed to retain sufficient funds from the proceeds of the sale of its assets to pay the fees due the U.S. Trustee in the case.

(b) The Debtor is authorized and directed to distribute the remaining proceeds received from the sale of its assets as provided in the Motion.

2. The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

SO ORDERED THIS 8th day of April, 2010:

BY THE COURT:

/s/Thomas L. Saladino
Judge Thomas L. Saladino
CHIEF U.S. BANKRUPTCY JUDGE

Electronic notice provided to:
*James Niemeier
*Robert Bothe
*Robert Diederich
U.S. Trustee

(*) Movant is responsible for giving notice to parties in interest as required by rule or statute.